UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JARED J.,

        Plaintiff,

        -v-                    6:24-CV-605

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                    OF COUNSEL:

JARED J.
Plaintiff, *pro se*
84 Emerson Avenue
Utica, NY 13501


SOCIAL SECURITY              SHANNON FISHEL, ESQ.
   ADMINISTRATION          FERGUS J. KAISER, ESQ.
Attorneys for Defendant
6401 Security Boulevard
Baltimore, MD 21235

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On May 2, 2024, plaintiff Jerry J.[1] ("plaintiff") filed this civil action pursuant to 42 U.S.C. § 405(g) of the Social Security Act (the "Act") seeking judicial review of a final decision by defendant Commissioner of Social Security ("Commissioner") denying his application for Supplemental Security Income ("SSI") benefits.  Dkt. No. 1.  Plaintiff also moved for leave to proceed *in forma pauperis*, which was granted.  ("IFP Application").  Dkt. Nos. 3, 7.

Because plaintiff did not consent to the direct exercise of Magistrate Judge jurisdiction, Dkt. No. 9, the matter was referred to U.S. Magistrate Judge Thérèse Wiley Dancks for a Report & Recommendation ("R&R"), Dkt. No. 10.

On July 30, 2024, the Commissioner filed a certified copy of the Administrative Record, Dkt. No. 12, and the parties briefed the matter in accordance with General Order 18, which provides that a district court appeal from the Commissioner's administrative denial of benefits is treated as if the parties have filed cross-motions for judgment on the pleadings, Dkt. Nos. 4, 18, 21.

On June 2, 2025, Judge Dancks advised by R&R that plaintiff's motion should be granted, that defendant's motion should be denied, and the

---

[1] In accordance with a May 1, 2018 memorandum issued by the Judicial Conference's Committee on Court Administration and Case Management and adopted as local practice in this District, only the first name and last initial of plaintiff will be mentioned in this opinion.

Commissioner's final decision should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. No. 29. Neither party has lodged timely objections to the R&R. *Id.*

Upon review for clear error, Judge Dancks' R&R will be adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED;

2. Plaintiff's motion is GRANTED;

3. The Commissioner's motion is DENIED;

4. The Commissioner's final decision is VACATED; and

5. This matter is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated:  September 10, 2025
        Utica, New York.